granted and the time is extended to and including December 31, next. *Kenneth H. Murray,* Deputy Attorney General, for the State of New Jersey. *Frank F. Truscott,* Attorney General, and *William A. Schnader* for the State of Pennsylvania.

No. 464. UNITED STATES *v.* BORDEN COMPANY ET AL. Appeal from the United States District Court for the Northern District of Illinois. Probable jurisdiction noted. *Acting Solicitor General Stern* for the United States. *Stuart S. Ball* for the Borden Company et al., *L. Edward Hart, Jr.* for the Bowman Dairy Co. et al., and *Leo F. Tierney* for the Beloit Dairy Co., appellees.

No. 287. ALASKA STEAMSHIP Co., INC. *v.* PETTERSON. C. A. 9th Cir. Certiorari granted. *Stanley B. Long* for petitioner. *Samuel B. Bassett* for respondent.

No. 431. BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *v.* GONZALES. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for petitioner.

No. 449. UNITED STATES *v.* GILMAN. C. A. 9th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States. *Rolland Lee Nutt* for respondent.

No. 374. HARAD ET AL., DOING BUSINESS AS INDUSTRIAL ENGINEERING ASSOCIATES, *v.* SEARS, ROEBUCK & Co. C. A. 7th Cir. Certiorari denied. *Paul Mendenhall* for